**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**WILLIAM SELTZER, JR.,**      :

     **Petitioner,**      :

**vs.**      :    **CA 07-0465-CG-C**

**SAM COCHRAN,**      :

     **Respondent.**      :

**JUDGMENT**

     In accordance with the order entered on this date, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition,

filed pursuant to 28 U.S.C. § 2254, is due to be **DISMISSED WITHOUT**

**PREJUDICE** to allow petitioner the opportunity to exhaust his state remedies.

     **DONE and ORDERED** this 7th day of November, 2007.


           /s/ Callie V. S. Granade
           CHIEF UNITED STATES DISTRICT JUDGE